472 A.2d 712

**In re Patricia ANSELMINO**

v.

**Andrew STARANKO, t/d/b/a Staranko's Auto Body.**

Superior Court of Pennsylvania.

March 15, 1984.

For prior report, see 318 Pa.Super. 54, 464 A.2d 514.

ORDER

AND NOW, having been advised that this case has been settled, this appeal is dismissed.